IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01773-REB-KLM

MATTHEW BRANDT,

    Plaintiff,

v.

RITE OF PASSAGE, INC., a foreign corporation,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion for Entry of Stipulated Confidentiality Order** [Docket No. 43; Filed July 25, 2008] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Confidentiality Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated:    July 28, 2008