**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-01773-REB-KLM

MATTHEW BRANDT,

     Plaintiff,

v.

RITE OF PASSAGE, INC., a foreign corporation,

     Defendant.

---

### ORDER OF DISMISSAL OF PLAINTIFF'S FIRST CLAIM OF RELIEF UNDER 42 U.S.C. § 1983 WITH PREJUDICE

---

**Blackburn, J.**

The matter comes before the court on the parties' **Stipulation and Motion To Dismiss Plaintiff's First Claim of Relief Under 42 U.S.C. § 1983 With Prejudice** [#56], filed September 29, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's first claim for relief under 42 U.S.C. § 1983 should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Motion To Dismiss Plaintiff's First Claim of Relief Under 42 U.S.C. § 1983 With Prejudice** [#56], filed September 29, 2008, is **GRANTED**;

2. That plaintiff's first claim for relief under 42 U.S.C. § 1983 is **DISMISSED** with prejudice; and

3. That plaintiff's second claim for relief for wrongful discharge in violation of

Colorado public policy **IS** the only claim pending in this matter.

Dated September 30, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**