IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO

Civil Action No. 07-cv-01773-CMA-KLM

MATTHEW BRANDT,

    Plaintiff,

v.

RITE OF PASSAGE, INC., a foreign corporation,

    Defendant.

**ORDER RE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendant's Motion to Strike Untimely Response to Summary Judgment Motion and to Decide Defendant's Motion for Summary Judgment and D.C.COLO.LCIVR 7.1 Certification (Doc. # 99) and Plaintiff's Motion for Extension of Time to Respond to Motion for Summary Judgment (Doc. # 104). Upon review of these motions and the record in this matter, the Court notes that Plaintiff has filed four requests for an extension of time to file a response to Defendant's Motion for Summary Judgment (Doc. # 58), three of which were filed on the date the response was due and the latest of which was untimely filed. The Court further notes that trial in this matter is scheduled to begin on November 17, 2008.

Upon consideration, the Court ORDERS as follows:

Plaintiff's Motion for Extension of Time to Respond (Doc. # 104) is GRANTED to the extent that Plaintiff's response to Defendant's Motion for Summary Judgment is due

**no later than noon today, November 6, 2008. No further extensions will be permitted.**

Defendant's Motion to Strike (Doc. # 99) is DENIED in part and GRANTED in part. The Court will rule on Defendant's Motion for Summary Judgment, whether or not Plaintiff's response is filed by noon today.

DATED: November  6th , 2008.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge